**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

v.                              **No. 4:13CR00003-001 KGB**

**MARCUS DEON DISON**                                                    **DEFENDANT**

## ORDER

This matter was set for a change of plea hearing to begin at 9:30 a.m. on Thursday, December 19, 2013. The Court has been notified that a writ was not obtained to bring the defendant before the Court. Therefore, this matter is removed from this Court's calendar for Thursday, December 19, 2013, and will be reset by amended notice.

SO ORDERED this 19th day of December, 2013.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge